AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hammond, Mary E. | US BANKRUPTCY COURT - NORTHERN DISTRICT OF CALIFORNIA | 09/12/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| BANKRUPTCY JUDGE (FULL-TIME) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

280 S. FIRST ST
COURTROOM 3035
SAN JOSE, CA 95113

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 09/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | SALARY AT APPLE, INC |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS | 05/21/2016 - 05/21/2016 | SAN FRANCISCO, CA | ACTIVITY OF PROFESSIONAL ASSOCIATION OR CIVIC ORGANIZATION | TRANSPORTATION |
| 2. | AMERICAN BANKRUPTCY INSTITUTE | 09/08/2016 - 09/10/2016 | LAS VEGAS, NV | ACTIVITY OF PROFESSIONAL ASSOCIATION OR CIVIC | TRANSPORTATION, LODGING, AND MEALS |
| 3. | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES | 10/26/2016 - 10/28/2016 | SAN FRANCISCO, CA | EDUCATIONAL SEMINAR OR PROGRAM | TRANSPORTATION, LODGING, AND MEALS |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 09/12/2017 |

5. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 09/12/2017 |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 09/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 09/12/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | WELLS FARGO CHECKING ACCOUNT | A | Interest | K | T | | | | | |
| 2. | WELLS FARGO SAVINGS ACCOUNT | A | Interest | K | T | | | | | |
| 3. | ALLY BANK SAVINGS ACCOUNT | A | Interest | K | T | Open | 01/01/16 | J | | |
| 4. | FIDELITY TRUST ACCOUNT # ___ (H) | | | | | | | | | |
| 5. | FIDELITY MUNICIPAL MONEY MARKET | A | Dividend | J | T | Buy | 10/01/16 | J | | |
| 6. | AAPL (COMMON) | D | Dividend | N | T | | | | | |
| 7. | 401K #1 (H) | | | | | | | | | |
| 8. | VANGUARD WINDSOR II ADM | A | Dividend | | | Sold | 09/27/16 | J | | |
| 9. | FIDELITY CONTRAFUND | A | Dividend | | | Sold | 09/27/16 | J | | |
| 10. | NUVEEN NWQ SMALL CAP VALUE I | A | Dividend | | | Sold | 09/27/16 | J | | |
| 11. | VANGUARD EXTENDED MARKET INDEX INSTLPLUS | A | Dividend | | | Sold | 09/27/16 | J | | |
| 12. | DODGE & COX INTERNATIONAL STOCK | A | Dividend | | | Sold | 09/27/16 | J | | |
| 13. | WELLS FARGO DISCOVERY INSTL | A | Dividend | | | Sold | 09/27/16 | J | | |
| 14. | VANGUARD TOTAL INTERNATIONAL STOCK INDEX INSTUTIONAL | B | Dividend | | | Sold | 09/27/16 | J | | |
| 15. | VOYA CLARION GLOBAL REAL ESTATE | A | Dividend | | | Sold | 09/27/16 | J | | |
| 16. | VANGUARD EMPLOYEE BENEFIT INDEX - CLIENT A | A | Dividend | | | Sold | 09/27/16 | J | | |
| 17. | IRA #1 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 09/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FIDELITY GOVERNMENT CASH RESERVES | A | Dividend | J | T | | | | | |
| 19. COLUMBIA ACORN CLASS Z | A | Dividend | J | T | | | | | |
| 20. FIDELITY CANADA | A | Dividend | J | T | | | | | |
| 21. MERIDIAN CONTRARIAN FUND LEGACY | A | Dividend | J | T | | | | | |
| 22. MATTHEWS INDIA FUND | A | Dividend | J | T | | | | | |
| 23. IRA #2 (H) | | | | | | | | | |
| 24. FIDELITY GOVERNMENT CASH RESERVES | A | Dividend | J | T | | | | | |
| 25. DISNEY WALT CO | A | Dividend | J | T | | | | | |
| 26. FIDELITY REAL ESTATE INVESTMENT | A | Dividend | K | T | | | | | |
| 27. RBC MICROCAP VALUE FUND CLASS S | A | Dividend | K | T | | | | | |
| 28. IRA #3 (H) | | | | | | | | | |
| 29. FIDELITY CANADA | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 30. FIDELITY 500 INDEX PREMIUM CLASS | A | Dividend | M | T | Buy | 10/01/16 | K | | |
| 31. FIDELITY MID CAP STOCK | A | Dividend | K | T | Buy | 10/01/16 | K | | |
| 32. FIDELITY GOVERNMENT CASH RESERVES | A | Dividend | J | T | | | | | |
| 33. FIDELITY STOCK SELECTOR LARGE CAP VALUE | A | Dividend | L | T | | | | | |
| 34. FIDELITY MID CAP VALUE | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 09/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FIDELITY MAGELLAN | A | Dividend | J | T | | | | | |
| 36. FIDELITY LOW PRICED STOCK | A | Dividend | L | T | | | | | |
| 37. FMI INTERNATIONAL | B | Dividend | L | T | Buy | 10/01/16 | K | | |
| 38. PERKINS SMALL CAP VALUE CLASS T | A | Dividend | L | T | | | | | |
| 39. MATTHEWS INDIA FUND | A | Dividend | J | T | Buy | 11/01/16 | J | | |
| 40. FIDELITY TOTAL BOND | A | Dividend | K | T | Buy | 11/01/16 | K | | |
| 41. FIDELITY STRATEGIC INCOME | A | Dividend | J | T | Buy | 11/01/16 | K | | |
| 42. FIDELITY MID CAP STOCK | A | Dividend | K | T | Buy | 10/01/16 | K | | |
| 43. FIDELITY REAL ESTATE INVESTMENT | A | Dividend | K | T | Buy | 11/01/16 | K | | |
| 44. DREYFUS SMALL CAP STOCK INDEX | A | Dividend | K | T | Buy | 12/01/16 | K | | |
| 45. IRA #4 (H) | | | | | | | | | |
| 46. FIDELITY GOVERNMENT CASH RESERVES | A | Dividend | J | T | | | | | |
| 47. DODGE & COX STOCK | A | Dividend | K | T | | | | | |
| 48. DREYFUS SMALL CAP STOCK INDEX | A | Dividend | K | T | | | | | |
| 49. FIDELITY DIVERSIFIED INTERNATIONAL | A | Dividend | J | T | | | | | |
| 50. FIDELITY MID CAP STOCK | A | Dividend | J | T | | | | | |
| 51. FIDELITY VALUE | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 09/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MERIDIAN CONTRARIAN FUND LEGACY | A | Dividend | J | T | | | | | |
| 53. FIDELITY CONTRAFUND | A | Dividend | L | T | | | | | |
| 54. FIDELITY STRATEGIC DIVIDEND & INCOME | B | Dividend | L | T | | | | | |
| 55. FIDELITY STRATEGIC INCOME | B | Dividend | K | T | | | | | |
| 56. IRA #5 (H) | | | | | | | | | |
| 57. FIDELITY GOVERNMENT CASH RESERVES | A | Dividend | J | T | | | | | |
| 58. FIDELITY DIVERSIFIED INTERNATIONAL | A | Dividend | J | T | | | | | |
| 59. IRA #6 (H) | | | | | | | | | |
| 60. NOVO NORDISK A/S ADR | A | Dividend | K | T | | | | | |
| 61. FIDELITY GOVERNMENT CASH RESERVES | A | Dividend | J | T | | | | | |
| 62. LINCOLN BENEFIT WHOLE FLEXIBLE PREMIUM ADJUSTABLE INDEXED UNIVERSAL-#1 | C | Interest | M | T | | | | | |
| 63. LINCOLN BENEFIT WHOLE FLEXIBLE PREMIUM ADJUSTABLE INDEXED UNIVERSAL-#2 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 09/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary E. Hammond**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544